OFFICE OF DISCIPLINARY COUNSEL *v.* KICK.

[Cite as Disciplinary Counsel *v.* Kick (1986), 28 Ohio St. 3d 91.]

(D.D. No. 86-25—Decided December 24, 1986.)

*Angelo J. Gagliardo,* disciplinary counsel, and *Karen B. Hull,* for relator.

*Gregory K. Pratt,* for respondent.

*Per Curiam.* Upon a full review of this matter, this court finds that the respondent had violated DR 9-102(B), 3-101(B) and 1-102(A)(1). This court accepts the recommendation of the board and hereby orders that the respondent be suspended from the practice of law in the state of Ohio for a period of one year.

It is further ordered that the respondent be taxed the costs of these proceedings.

*Judgment accordingly.*

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.